# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00294

DIANA PEREZ,

                Plaintiff,

v.

JDEM PROPERTIES LLC D/B/A CANNABISTRY LABS;
PUFCREATIV LLC; and HER CREATIVE MEDIA, LLC,

                Defendants.

---

## NOTICE OF DISMISSAL AS TO PUFCREATIV LLC

---

Pursuant to Federal Rule of Civil Procedure, Plaintiff Diana Perez dismisses this action solely against Defendant PufCreativ LLC, with each party to bear its own costs.

Dated:    New York, New York
            February 27, 2020

Respectfully Submitted,

KUSHNIRSKY GERBER PLLC

By: _____
Andrew Gerber
andrew@kgfirm.com
27 Union Square West, Suite 301
New York, NY 10003
(212) 882-1320
*Attorneys for Plaintiff Diana Perez*

1